454

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. ALFRED CATINO. (B) THE PEOPLE OF THE STATE OF NEW YORK v. FRANK MONTI.— [In each action] Motion to dismiss appeal granted. Concur — Botein, P. J., Breitel, Rabin, Valente and McNally, JJ.

■ (A) THE PEOPLE OF THE STATE OF NEW YORK v. LOUIS CAMP. (B) THE PEOPLE OF THE STATE OF NEW YORK v. WILLIAM McCANN. (C) THE PEOPLE OF THE STATE OF NEW YORK v. JERRY ROBERTSON.— [In each action] Enlargement of time granted. Concur — Breitel, J. P., Valente, Stevens, Eager and Steuer, JJ.